ST. AUGUSTINE SCHOOL
1810 Highway CC
Hartford, WI  53027,

JOSEPH and AMY FORRO
3799 Turnwood Dr.
Richfield, WI  53076,                                                 Case No. 16-575

            Plaintiffs,

    v.

TONY EVERS, in his official capacity as
Superintendent of Public Instruction
125 South Webster Street,
Madison, WI  53707,

FRIESS LAKE SCHOOL DISTRICT
1750 Hwy. 164
Hubertus, WI  53033,

            Defendants.

---

## NOTICE OF REMOVAL

---

TO:   St. Augustine School, Plaintiff
       Joseph and Amy Forro, Plaintiffs
       c/o Attys. Richard Esenberg, Charles Szafir and Brian McGrath
       Wisconsin Institute for Law & Liberty
       1139 East Knapp Street
       Milwaukee, WI  53202

PLEASE TAKE NOTICE that Defendant, Tony Evers, in his official capacity, as Superintendent of Public Instruction, by his undersigned attorneys, and Defendant, Friess Lake School District, by its undersigned attorneys, petition for removal of this civil action to the United States District Court for the Eastern District of Wisconsin pursuant to 28 U.S.C. §§ 1441 and 1446, and state as follows:

1. On April 8, 2016, Plaintiffs St. Augustine School and Joseph and Amy Forro filed a civil action designated as *St. Augustine School, Joseph and Amy Forro v. Tony Evers, in his official capacity, as Superintendent of Public Instruction and Friess Lake School District*, Case No. 16CV225 in the Circuit Court, Washington County, State of Wisconsin against the above-referenced Defendants. A copy of the summons and complaint in this action are marked as Exhibits A and B, affixed to this notice of removal and petition, and incorporated herein.

2. Plaintiffs served Defendant Evers with the Summons and Complaint on April 18, 2016.

3. Plaintiffs served Defendant Friess Lake School District with the Summons and Complaint on April 14, 2016.

4. Assistant Attorney General Jennifer L. Vandermeuse of the Wisconsin Department of Justice has been retained to represent Defendant Evers in Washington County Case No. 16CV225.

5. Attorneys Lori M. Lubinsky and Sara K. Beachy of the law firm of Axley Brynelson, LLP has been retained to represent Defendant Friess Lake School District in Washington County Case No. 16CV225.

6. In the Complaint now pending in Washington County Case No. 16CV225, Plaintiffs assert a claim under 42 U.S.C. § 1983 for violation of rights under the First Amendment to the United States Constitution and Fourteenth Amendment to the United States Constitution. (Compl. ¶¶ 59-69.) Plaintiffs seek damages on the basis of the alleged constitutional violations.

7. As a result of the allegations in the Complaint, Washington County Case No. 16CV225 is a civil action in which the United States District Court for the Eastern District of

2

Wisconsin has original jurisdiction under 28 U.S.C. §§ 1331 and 1343 in that federal question jurisdiction exists because Plaintiffs' Complaint asserts claims under the United States Constitution. Venue is proper as this action is currently pending in Washington County Circuit Court within the Eastern District of Wisconsin. 28 U.S.C. §§ 130(a) and 1441(a).

8. Removal of this action is timely in that less than thirty (30) days have passed since the Defendants were served with a copy of the Complaint first asserting a claim subject to removal. 28 U.S.C. § 1446(b).

9. All Defendants consent to the removal of this action from Washington County Circuit Court to the United States District Court for the Eastern District of Wisconsin.

10. By copy of this Notice, Defendants have given notice to Plaintiffs and will promptly file a copy of this Notice of Removal with the Clerk of Courts, Washington County, as required by 28 U.S.C. § 1446(d).

WHEREFORE, Defendants respectfully represent that there has been due compliance with the relevant provisions of law and give notice that this action stands removed from the Circuit Court for Washington County, State of Wisconsin, to the United States District Court for the Eastern District of Wisconsin.

Dated this 12th day of May, 2016.

s/ Jennifer L. Vandermeuse
State Bar No. 1070979
Brad D. Schimel, Wisconsin Attorney General
Jennifer L. Vandermeuse, Assistant Atty. General
Attorneys for Defendant Tony Evers, in his official
capacity as Superintendent of Public Instruction
WISCONSIN DEPARTMENT OF JUSTICE
Post Office Box 7857
Madison, WI 53707-7857
Telephone: (608) 266-7741
Email: vandermeusejl@doj.state.wi.us

Dated this 12th day of May, 2016.

s/ Lori M. Lubinsky
State Bar No. 1027575
Attorneys for Defendant, Friess Lake Sch. Dist.
AXLEY BRYNELSON, LLP
P.O. Box 1767
Madison, WI 53701-1767
Telephone: 608-257-5661
E-mail: llubinsky@axley.com

F:\EAFDATA\759\75990\01939448.DOCX